UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                          Case No. 14-CR-121

DOLORES DUREAULT,

        Defendant.

## ORDER DENYING SENTENCE CREDIT

Defendant Dolores Dureault has filed a motion requesting that she be given "hard time credit" for her presentence incarceration at the Brown County Jail. She estimates the time in the jail at 213 days and requests that the court give her double credit for that time because of the harsh conditions of confinement at the Brown County Jail.

The motion is denied. The defendant was sentenced on November 7, 2014, almost three years ago. The time to ask for any additional credit for time spent in Brown County Jail was then. The court has no authority to award credit on a sentence imposed almost three years ago. Accordingly, the motion is denied.

**SO ORDERED** this   22nd   day of September, 2017.

                                                  s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court